UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HECTOR R. HILERIO,

               Plaintiff,

  -against-

COMMISSIONER OF SOCIAL
SECURITY,

               Defendant.
-----------------------------------------------------------------X

JUDGMENT
06-CV-2070 (NG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ APR 1 7 2007 ★
P.M. _____
TIME A.M. _____

      An Order of Honorable Nina Gershon, United States District Judge, having been filed on April 13, 2007, remanding the case to the Commissioner so that the Administrative Law Judge can fully develop the record at a new hearing and obtain appropriate medical evaluations, both from treating doctors and consultants, regarding both physical and mental impairments suffered by the claimant; and directing that the Administrative Law Judge consider all impairments in combination; it is

      ORDERED and ADJUDGED that the case is remanded to the Commissioner so that the Administrative Law Judge can fully develop the record at a new hearing and obtain appropriate medical evaluations, both from treating doctors and consultants, regarding both physical and mental impairments suffered by the claimant; and that the Administrative Law Judge consider all impairments in combination.

Dated: Brooklyn, New York
       April 16, 2007

                                              ROBERT C. HEINEMANN
                                              Clerk of Court